IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA,<br><br>  Defendant.<br>_____/ | No. C 15-mc-80247 WHA<br><br>**ORDER RE PAPERS SUBMITTED BY PATRICK MISSUD ON OCTOBER 5** |

In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–10 (N.D. Cal. Sept. 24, 2012). In 2013, the vexatious litigant order was expanded to make all of Missud's filings in this district subject to pre-filing review by the under-signed. *Missud v. National Rifle Association*, No. 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013).

Missud has submitted an "Emergency Petition for Writ of Habeas Corpus from Constructive Custody." To the extent discernible, Missud seeks a writ of habeas corpus preempting his arrest at a hearing on October 9 at which Missud predicts he will be held in contempt and another on October 13 at which he predicts he will be arrested for violating the terms of his conditional release. Missud's complaint, to the extent it is ripe, is plainly vexatious and frivolous. Missud's petition is hereby **DENIED**. The Clerk shall please **RETURN** the papers filed to Missud.

**IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE